# United States District Court

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

UNITED STATES OF AMERICA

v.

THOMAS EARL DOUGLAS

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:07mj69-WC

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __August 3, 2007__ in __Geneva__ county, in the Middle District of __Alabama__ defendant(s) did, (Track Statutory Language of Offense) knowingly persuade, induce, entice, or coerce an individual to travel in interstate commerce for the purpose of engaging in illegal sexual activity,

in violation of Title __18__ United States Code, Section(s) __2422(a)__

I further state that I am an __FBI Agent__ and that this complaint is based on the following facts:
                                Official Title

See attached Affidavit which is incorporated by reference herein

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

__AUGUST 3, 2007_____ at __MONTGOMERY, ALABAMA__
Date                                                               City and State

WALLACE CAPEL, JR., U.S. MAGISTRATE JUDGE
Name & Title of Judicial Officer                Signature of Judicial Officer

AFFIDAVIT

Affiant, Paul T. Miller, being duly sworn states as follows:

1. I am a Special Agent of the Federal Bureau of Investigation (FBI) assigned to the Montgomery Resident Agency of the Mobile Division of the FBI. I have been employed as a Special Agent by the FBI for twelve months. Prior to my employment with the FBI, I was employed by the Escambia County Sheriff's Office, Pensacola, Florida, the City Police of Gulf Breeze, Florida and the U.S. Army Military Police. During the 6 years of my law enforcement career, I have received training in the investigation of Computer Crimes and have personally participated as a primary case agent during the investigation of Child Pornography cases. I hold a Bachelors Degree in Computer Science/Computer Information Systems and an additional Bachelors Degree in Information Technology/Computer Technology. For reasons I will detail below, I believe that Thomas Earl Douglas is involved in violations of Federal Law.

2. This Affidavit is made in support of an Application for a Complaint charging Thomas Earl Douglas with a violation of Title 18, United States Code, Section 2422(a).

3. The information contained in this affidavit is from my personal knowledge and from information provided to me by other law enforcement officers involved in this investigation.

4. Detective (DET) Andrew Chaulk, South Burlington Police Department (SBPD), South Burlington, Vermont is a member of the Vermont Internet Crimes Against Children Task Force. DET Chaulk established an undercover profile on Yahoo for the purposes of investigating child sexual exploitation via the Internet. Yahoo is an online information portal which offers registered users personalized Web pages, e-mail, chat/instant messaging, and message boards. Yahoo is free and is available to anyone who uses the internet. A profile is a webpage that a user can create and list information about who they are, where they are from, their age, interests, photographs, etc. The undercover profile created by DET Chaulk was that of a 38 year old single mother of two small children named "Liz" from South Burlington, Vermont.

5. Based on DET Chaulk's training he knew that pedophiles congregate in certain Yahoo chat rooms, specifically chat rooms with adult fetish themes. Once a user enters a chat room they enter a common area where they can communicate with the entire chat room. From the chat room, a user can initiate or take part in communicating with a specific user via instant message. An instant message is a type of communication service that enables a user to create a kind of private chat room with another individual in order to communicate in real time over the Internet. It is analogous to a telephone conversation but using text-based, not voice-based, communication.

6. On May 7, 2007, DET Chaulk, using his online undercover profile, entered a Yahoo fetish chat room. DET Chaulk took note of a user in the chat room with the Yahoo ID

"ilikeyounggirls6up". This type of screen name, or ID, is known as a predicate screen name or one that in and of itself carries a particular connotation. The user of this screen name was telling other users that the user likes young girls 6 years old and up. DET Chaulk viewed the profile of "ilikeyounggirls6up". The profile contained a photograph of an older male's genitals, thigh and torso area. It listed his name as "Thomas", his age as 60, and his location as Alabama. The profile listed his occupation as "sexslavetrainer". Under the Hobbies section of the profile he had written "i train young girls as sex slaves this is for real i don't need bullshitters contacting me only those that is for real and mean business". Under the Favorite Quote section of the profile he had written "the younger the easier". This profile is listed on Attachment A of this affidavit.

7. Using his online undercover profile, DET Chaulk initiated contact with "ilikeyounggirls6up" by sending him an instant message. "ilikeyounggirls6up" told DET Chaulk that the way he would train was "any way it takes spanking tieing up and such". DET Chaulk told him that he had a 13 year old daughter to which "ilikeyounggirls6up" replied "ok great". DET Chaulk told him that he was feeling a little guilty about this and wanted to know how it would work. "ilikeyounggirls6up" replied that it would be better if either the mother or father of the child was there. The conversation that DET Chaulk and "ilikeyounggirls6up" were having was about "ilikeyounggirls6up" sexually training DET Chaulk's 13 year old daughter.

8. "ilikeyounggirls6up" told DET Chaulk that "we would take it slow...and not hurt her any if it can be avoided...but u would have to bring her to al because I don't charge for this at all". DET Chaulk asked him if he had done this sort of thing before and he replied "yes I have and to some a lot younger". "ilikeyounggirls6up" told DET Chaulk that he did not keep any pictures because of the "law". "ilikeyounggirls6up" went on to tell DET Chaulk that as part of the training he would have vaginal, anal, and oral sex with the girl and would spank her but would not leave any marks and he would teach her to take commands.

9. "ilikeyounggirls6up" asked DET Chaulk to bring his daughter to Alabama. He stated that he lived in a camper at various camp sites near Dothan, Alabama. DET Chaulk told "ilikeyounggirls6up" that his name was "Liz" and "ilikeyounggirls6up" replied that his name was "Earl" (hereafter referred to as Earl).

10. Earl told DET Chaulk that if he would bring his daughter to Alabama Earl would help him with the experience but advised him not to tell anyone about it. Earl stated that this was not a con and that was why he had posted in that chat room. Earl told DET Chaulk that he was "always looking for the cops to knock on my door". DET Chaulk claimed that he felt like a terrible mother for doing this. Earl told DET Chaulk that he was not a terrible mother and that this way his daughter would know the real world.

11. DET Chaulk asked Earl what he looked like. Earl offered to send a "non nude pic" of himself and activate his web camera, which he did. DET Chaulk captured the images from Earl's web camera which were displayed on his computer screen. The capture of that image is shown on Attachment B of this affidavit.

12. Earl told DET Chaulk that if he brought his daughter down in July he would help DET Chaulk with gas money. Earl also asked if DET Chaulk had a picture of his daughter. DET Chaulk sent Earl a picture of a female police officer from the South Burlington Police Department who was dressed to appear as a 13 year old. This female officer had consented to the use of her picture for the purposes of investigating computer facilitated child sexual exploitation cases. The picture that DET Chaulk sent to Earl was named "650630".

13. Once he received the picture Earl replied that "she looks beautiful". Earl stated that he wished DET Chaulk was using "hello" to communicate with him. Earl explained that "hello" is a website called hello.com which is free and all that you had to do was download it. Earl said that his hello.com ID was "travelingman460". Earl said he had been a truck driver and that he was currently trying to get a job as a dump truck driver. Earl said that he had four children who are all grown and that he had not seen them since they were babies. Earl told DET Chaulk that he has "trained" children before but he did not have any proof because "it is kind of dangerous with all the cops and all now". This was why Earl wanted DET Chaulk to use hello.com because he felt it was more private.

14. DET Chaulk logged onto hello.com and found it to be a free file sharing website that has free software which can be downloaded for the file sharing and chat program. DET Chaulk downloaded the software and created an account utilizing the screen name "lizvt2000". DET Chaulk contacted Earl and told him of the new account and they began communicating using hello.com. Earl used the hello.com ID "travelingman460" for this communication.

15. Earl told DET Chaulk that they could log onto hello.com and not have to log onto Yahoo. Earl stated that Yahoo was a bad place and that "they" monitor Yahoo sometimes. Earl explained that the police sometimes monitor Yahoo and also that Yahoo could report things to the police. Earl stated that he took a chance every time he used Yahoo and that hello.com was more private.

16. Earl told DET Chaulk that he would be glad when they would come to visit him and that they might become a real family. Earl added "but I will still train her", meaning DET Chaulk's daughter. Earl told DET Chaulk that he was a good mother for wanted his daughter to learn so early.

17. DET Chaulk looked at Earl's hello.com profile. Earl's profile listed his name as Thomas Douglas from Wing, Alabama (hereafter referred to as Douglas). Douglas' profile page also had a picture of him. That picture is printed on Attachment C of this affidavit.

18. On May 8, 2007, DET Chaulk continued to communicate with Douglas. Douglas wanted DET Chaulk to come to Alabama with his daughter. Douglas told DET Chaulk that they would hit it off "just great". DET Chaulk had previously told Douglas that he was a nurse. Douglas told DET Chaulk that there were jobs for nurses where he was all the time and that there was an ad in the local paper for a registered nurse at the Florala Health and Rehab. DET Chaulk later checked for that clinic's location and learned that it was located at 23621 Goldenrod Ave, Florala, Alabama 36442.

19. DET Chaulk expressed nervousness to Douglas about bringing his daughter to Alabama and asked how they could work through the process. Douglas explained that they would take it slow and easy and get comfortable with each other. Douglas said that in the past with other girls there was also nervousness but they took it slow and it worked out. That they would start out just being nude around each other, progress to a little touching, and then go the rest of the way.

20. DET Chaulk asked exactly what would Douglas do to his daughter. Douglas replied "just use her like start having sex and ease her into outher it u want to go the whole rout". Douglas further explained that the "whole rout" meant having other people have sex with the daughter including women but that they would do that only if DET Chaulk wanted to otherwise it would just be Douglas who would have sex with the daughter.

21. Douglas provided DET Chaulk with his phone number which was (662)315-2457. Douglas also sent a picture of himself to DET Chaulk on May 8, 2007. The picture that Douglas sent was the same one that was on his hello.com profile page (see Attachment C of this affidavit). Douglas told DET Chaulk that the picture was taken at a lake in Florida.

22. DET Chaulk asked Douglas if he could talk about one of the other girls he had been with such as how he met her, how old was she, and what happened. Douglas agreed and told of one girl he had been with. Douglas stated "ok I met her off here and here dad brought her to me and everything went smooth he even had sex with her after I got her trained...she was 6 or 7...have a pic of him having sex with her". Douglas said that this picture was one of the few that he kept and he offered to send it to DET Chaulk.

23. On May 8, 2007, Douglas sent an image of suspected child pornography to DET Chaulk using the file transfer function in Yahoo Instant Messenger. The image was titled "1580174_00000_preview.jpg" The image shows a prepubescent female facing the camera. She is nude and has her legs spread exposing her genitalia and there appears to be an erect penis in her vagina. She is leaning back on her arms. The picture was taken from the vantage point of the male who is having sex with her. After sending the image to him Douglas told DET Chaulk "she was enjoying herself there". Douglas stated that it was the girl's father having sex with her and that this happened about one year ago.

24. DET Chaulk submitted the image titled "1580174_00000_preview.jpg" to Inspector (INSP) Stephan Lear, United States Postal Inspection Service. INSP Lear works at the National Center for Missing and Exploited Children (NCMEC). DET Chaulk requested that the image be analyzed to ascertain if it was an image that has been seen before and is known to law enforcement. DET Chaulk was advised by a NCMEC analyst that the image had been examined and that they had no information regarding the female depicted in the image.

25. DET Chaulk continued communication with Douglas. Douglas told him that he was living in a camper but that they could move into an apartment or a house when DET Chaulk and his daughter came down. Douglas said he used a Post Office Box and that he was going to move from the camp ground he was staying at to another one. Douglas said he was staying at the Holly

King Camp Ground and that he wanted to stay at a nudist camp called Sunny Side Nudist Camp. Douglas told DET Chalk that he had paid $7,000.00 for a lifetime membership to the camp ground where he was at, but that they would only allow him to stay 2 weeks out of every month and that was why he had to move.

26. DET Chaulk checked for the location of the camp ground and learned that the Holly King Camp Ground is located at 331 De Funiak Springs, Florida, which is near the Alabama border.

27. Subpoenas were served by DET Chaulk to Yahoo to identify the users of the screen names "ilikeyounggirls6up" and "travelingman460". According to their records "ilikeyounggirls6up" was created on January 2, 2007 and was registered to a Mr. Thomas Douglas who listed his city as Amory, Mississippi. The screen name "travelingman460" was created on January 14, 2007 and was registered to a Mr. Thomas Douglas who listed his city as Amory, Mississippi.

28. A subpoena was sent by DET Chaulk to Cingular Wireless for information regarding the phone number (662) 315-2457. The subpoena was served on May 23, 2007. The Cingular subscriber information lists the Financially Liable Party as Thomas Douglas, credit address 17330 Preston Rd., Amory, MS 38821. Douglas is listed as a Cingular customer since 04/06/2007, and his account number is listed as 21475125.

29. A check of the Alabama Drivers License database (LETS) identified a current valid license for Thomas Earl Douglas, white/male, SSAN 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, Date of Birth 5/22/1946. The home address listed on the license is 786 Gopher Ridge Road, Samson, Alabama 36477. The license number is 9306414.

30. DET Chaulk identified the Alabama Drivers License photograph of Thomas Earl Douglas (see Attachment B of this affidavit) as the same man who is in the screen capture web cam picture of "ilikeyounggirls6up".

31. DET Chaulk contacted the U.S. Postal Inspection Service for assistance in this matter. Inspector (INSP) Mark Cavic researched Douglas' Post Office Box information and found that Douglas has several mail forwards set up. These mail forwards are as follows:

| | |
|---|---|
| PO Box 267, Samson, AL 36477 | going to |
| 786 Gopher Ridge Road, Samson, AL 36477 | going to |
| 50132 Becker BMT Road, Amory, MS 38821 | going to |
| PO Box 414, Amory, MS 38821 | going to |
| PO Box 39, Wing, AL 36483 | |

32. INSP Cavic learned from the Wing Alabama Post Office Supervisor that Douglas does receive mail there. The Post Office Supervisor told INSP Cavic that Douglas is a truck driver and lives at the Holly King Camp Ground in Defuniak Springs, Florida.

33. The Affiant was contacted by FBI Special Agent Kurt S. Limpert of Mobile Division and informed about this investigation. SA Limpert contacted DET Chaulk and reviewed his reports from the case. Based upon his reviews of DET Chaulk's reports and telephone conversations with DET Chaulk, SA Limpert also concludes that Douglas Earl Thomas is the man who was in communication with DET Chaulk. This is based on Thomas' own communications with DET Chaulk and the identification of Thomas from his drivers license photograph (Attachment A), the screen capture web cam picture (Attachment B), and the picture he sent of himself to DET Chaulk which was also on his hello.com profile page (Attachment C).

34. Based upon all the information set forth in this affidavit, the Affiant respectfully submits that there is probable cause to believe that Thomas Earl Douglas violated Title 18, U.S. Code, Sections 2252A(a)(5)(B) and 2252A(a)(2)(A) by possessing and distributing child pornography, as well as Title 18, U.S. Code, Section 2422(a) by attempting to coerce and entice a person to travel over state lines to engage in illegal sexual activity.

_____
Paul T. Miller
Special Agent, FBI
Montgomery, Alabama

Sworn to before me and subscribed in my presence this 3rd day of August, 2007.

_____
U.S. Magistrate Judge
Middle District of Alabama

## Attachment A

### Capture of Web Camera Image from ilikeyounggirls6up



Attachment B





Attachment C

**Thomas Douglas Alabama License Photo ilikeyounggirls6up**

**Screen Capture of**

